THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH JEANNE MITCHELL,<br><br>Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C16-5772-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to remand for further proceedings (Dkt. No. 18). The motion is GRANTED. The Commissioner's final decision is hereby REVERSED and REMANDED in accordance with sentence four of 42 U.S.C. § 405(g). If the Commissioner does not issue a fully favorable decision on the record upon remand, then Plaintiff will have the opportunity for a *de novo* hearing.  If the Appeals Council does not issue a fully favorable decision, the Administrative Law Judge will reevaluate: (1) the medical evidence, including all assessed limitations by Dr. Grattan, mental health counselor Kathleen Heppell, and occupational therapist Amanda Kaare; (2) Plaintiff's allegations of symptoms and limitations; and (3) the lay witness evidence.  If needed, the rest of the sequential evaluation process will be conducted.  Upon proper application, Plaintiff shall be eligible for attorney fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq*.

ORDER
PAGE - 1

1  DATED this 30th day of March, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2