THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH JEANNE MITCHELL, | CASE NO. C16-5772-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Deborah Jeanne Mitchell's unopposed motion for attorney fees (Dkt. No. 21). The motion is GRANTED.

Plaintiff is hereby AWARDED $2,907.06 in attorney fees and $19.83 in expenses pursuant to the Equal Access to Justice Act (EAJA), 28. U.S.C. § 2412. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made to Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

//
//
//

ORDER
PAGE - 1

1       DATED this 14th day of April, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2